**FILED**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SEP 1 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,                    )
                                             )
            Plaintiff,                       )     Case No. _Mg. 0700292 EFB_
                                             )
        v.                                   )     RELEASE ORDER NO. _____
_Erik Eckeholm_                              )
            Defendant.                       )     ORDER FOR RELEASE OF
                                             )     PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

       This is to authorize and direct you to release _Erik Eckeholm_

_____, Case No. _2:07MJ00292-EFB_,

Charge _21USC Sec. 841(a)(1)_____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

___✓___ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

___✓___ (Other) _Pretrial Conditions as set out in_
_the pretrial report_

       This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

       Issued at _Sacramento, CA._ on _9/14_,

_2007_ at _2:32_ a.m./p.m.

By _____
United States District Judge or
United States Magistrate